No. 2,966.—STATE OF MONTANA, RESPONDENT, *v.* OLIVER
VAN, APPELLANT.

*Appeal from District Court, Dawson County; Sydney Sanner,
Judge.*

Decided September 19, 1911.

PER CURIAM.—It is ordered that the appeal in the above-
entitled cause be, and the same is hereby, dismissed, in accord-
ance with motion of respondent.

*Mr. C. C. Hurley* and *Messrs. Loud & Campbell,* for Appellant.

---

No. 3,079.—STATE EX REL. M. B. CASEY, RELATOR, *v.* DIS-
TRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control running
to the District Court of Cascade County and the Judges thereof.

Decided September 25, 1911.

PER CURIAM.—Relator's petition for a writ of supervisory
control herein is, after due consideration, denied.